IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DAVID SCHULTE,

        Plaintiff,                        CV-07-6269-ST

     v.                                 JUDGMENT

MICHAEL J. ASTRUE, Commissioner of Social
Security,

        Defendant.

STEWART, Magistrate Judge:

    Based on the record, the Commissioner's final decision is AFFIRMED and this case is DISMISSED.

    DATED this 23rd day of July, 2008.

                                                          /s/ Janice M. Stewart_____
                                                           Janice M. Stewart
                                                           United States Magistrate Judge

1 - JUDGMENT